# EXHIBIT 1

Defendants used misleading and deceptive packaging claims on the following dog food diets:

(a) Acana Regionals Appalachian Ranch with Ranch-Raised Red Meats & Freshwater Catfish





(b) Acana Regionals Grasslands with Grass-Fed Kentucky Lamb, Freshwater Trout
& Game Bird





(c) Acana Regionals Meadowland with Free-Run Poultry, Freshwater Fish, and Nest-Laid Eggs





(d) Acana Regionals Wild Atlantic with New Wild New England Fish & Fresh Kentucky Greens





(e) Orijen Original with Fresh Free-Run Chicken and Turkey, Wild-Caught Fish and Nest-Laid Eggs





(f)  Orijen Regional Red with Angus Beef, Wild Boar, Boer Goat, Romney Lamb, Yorkshire Pork & Wild Mackerel





(g) Orijen Regional Red Angus Beef, Ranch Raised Lamb, Wild Boar, Pork, Bison

Dry Dog Food



(h) Orijen Six Fish with New England Mackerel, Herring, Flounder, Redfish, Monkfish and Silver Hake:





(i)  Acana Singles Duck and Pear Formula Dry Dog Food





(j)  Acana Singles Lamb and Apple Formula Dry Dog Food





(k)  Acana Heritage Free-Run Poultry Formula Dry Dog Food





(l)   Acana Heritage Freshwater Fish Formula Dry Dog Food





(m) Orijen Regional Red Angus Beef, Ranch Raised Lamb, Wild Boar,

Pork, Bison Dry Dog Food



(n) Orijen Six Fish Wild-Caught Regional Saltwater and Freshwater

Fish Dry Dog Food



(o) Orijen Tundra Goat, Venison, Mutton, Bison, Arctic Char, Rabbit

Dry Dog Food



(p) Orijen Grain Free Puppy Chicken, Turkey, Wild-Caught Fish, Eggs

Dry Dog Food





(q)  Acana Singles Mackerel and Greens Formula Dry Dog Food





(r)  Acana Heritage Meats Formula Dry Dog Food





(s)  Acana Singles Pork and Squash Formula Dry Dog Food



