# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RAMY SHAKER, individually, and on behalf of a class of similarly situated individuals, | Case No. 2:18-cv-13603-LJM-DRG |
| Plaintiffs, | Honorable Laurie J. Michelson |
| v. | Magistrate Judge David R. Grand |
| CHAMPION PETFOODS USA INC. and CHAMPION PETFOODS LP, | |
| Defendants. | |

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE OF COUNTS II-VII OF PLAINTIFFS' <u>SECOND AMENDED CLASS ACTION COMPLAINT</u>

Pursuant to Local Rule 7.1(a), counsel for Plaintiffs Ramy Shaker, Tracy Knierim, Cheryl Wellnitz, and Lisa Barta ("Plaintiffs") conferred via telephone on May 2, 2020 with counsel for Defendants Champion Petfoods USA Inc. and Champion Petfoods LP (collectively, "Champion," and together, with Plaintiffs, the "Parties"), regarding the arguments to be set forth in Champion's contemplated motion to dismiss Plaintiffs' Second Amended Complaint. Counsel for the Parties also conferred via e-mail on April 30, 2020, May 2, 2020, and May 4, 2020. Following the conferral, the Parties, by and through their counsel of record, respectfully submit this Stipulated Order of Dismissal Without Prejudice of Counts II – VII of Plaintiffs' Second Amended Class Action Complaint.

**WHEREFORE**, this matter having come before the Court on the parties' stipulation below, and the Court having considered the stipulation:

**IT IS HEREBY ORDERED** that Counts II, III, IV, V, VI and VII of Plaintiffs' Second Amended Class Action Complaint are hereby dismissed without prejudice and without costs or fees to any party.

This case continues on Plaintiffs' remaining claim set forth in Count I of the Second Amended Class Action Complaint.

Dated: May 6, 2020

s/Laurie J. Michelson<br>
LAURIE J. MICHELSON<br>
UNITED STATES DISTRICT JUDGE

| DATED: May 4, 2020 | Stipulated and Agreed to By: |
|---|---|
| **THE MILLER LAW FIRM, P.C.** | **LAW OFFICES OF JOHN J. O'SHEA** |
| */s/ E. Powell Miller*_____ | */s/ John J. O'Shea (w/consent)* |
| E. Powell Miller (P39487) | John J. O'Shea |
| Sharon S, Almonrode (P33938) | 18000 Mack Avenue |
| Emily E. Hughes (P68724) | Grosse Pointe, MI 48230 |
| Dennis A. Lienhardt (P81118) | Tel: (313) 884-2265 |
| William Kalas (P82113) | oshealaw@att.net |
| 950 W. University Dr., Suite 300 | |
| Rochester, MI 48307 | **GREENBERG TRAURIG, PA** |
| Tel: (248) 841-2200 | David A. Coulson |
| Fax: (248) | 333 S.E. 2nd Avenue, Suite 4400 |
| epm@millerlawpc.com | Miami, FL 33131 |
| ssa@millerlawpc.com | Tel: (305) 579-0754 |
| dal@millerlawpc.com | Fax: (305) 579-0500 |
| eeh@millerlawpc.com | coulsond@gtlaw.com |

wk@millerlawpc.com
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Rebecca A. Peterson,
Robert K. Shelquist,
100 Washington Ave. South,
Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900
Fax: (612) 339-0981
rapeterson@locklaw.com
rkshelquist@locklaw.com

**GUSTAFSON GLUEK, PLLC**
Daniel E. Gustafson
Karla M. Gluek
Raina C. Borrelli
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
rborrelli@gustafsongluek.com

**ROBBINS LLP**
Kevin A. Seely
Steven M. McKany
5040 Shoreham Place
San Diego, CA 92122
Tel: (619) 525-3990
Fax: (619) 525-3991
kseely@robbinsllp.com
smckany@robbinsllp.com

**CUNEO GILBERT & LADUCA, LLP**
Charles LaDuca

*Attorneys for Defendants, Champion Petfoods USA Inc. and Champion Petfoods LP*

3

Katherine Van Dyck
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016
Tel: (202) 789-3960
Fax: (202) 789-1813
kvandyck@cuneolaw.com
charles@cuneolaw.com

**LITE DEPALMA GREENBERG, LLC**
Joseph DePalma
Susan Cruz Hodge
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
jdepalma@litedepalma.com
scruzhodge@litedepalma.com

*Attorneys for Plaintiff*