# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| RAMY SHAKER, TRACY KNIERIM, LISA BARTA, and CHERYL WELLNITZ, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION PETFOODS USA, INC. and CHAMPION PETFOODS LP,<br><br>Defendants. | Case No. 2:18-cv-13603-LJM-DRG<br><br>Honorable Laurie J. Michelson<br><br>**PLAINTIFF RAMY SHAKER'S INITIAL DISCLOSURES [FRCP 26(a)(1)]** |

Plaintiff Ramy Shaker ("Plaintiff") provides the following Initial Disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure. These initial disclosures are based only on the information and documents that are presently available to and specifically known by Plaintiff. It is anticipated that future investigation, discovery, and analysis will lead to the discovery of additional evidence, witnesses, and documents that will support Plaintiff's claims. The following initial disclosures are given without prejudice to Plaintiff's right to use additional evidence, witnesses, and documents to establish her claims.

**A. Individuals Likely to Have Discoverable Information**

In addition to all persons identified by defendants Champion Petfoods USA Inc. ("Champion USA") and Champion Petfoods LP ("Champion LP," together with Champion USA, "Defendants") in their written disclosures, Plaintiff identifies the following individuals whom he believes are likely to have discoverable information that he may use to support the claims in this action (excluding impeachment witnesses). Plaintiff believes contact information of these individuals is in Defendants' possession, custody, and control:

1. Plaintiff (who may be contacted through his counsel of record) will have information about the claims asserted in this action.

2. Stephanie Shaker, Plaintiff's wife (who may be contacted through Plaintiff's counsel of record) will have information about the claims asserted in this action.

3. Brian and Nicole Nash, brother and sister-in-law of Plaintiff (who may be contacted through Plaintiff's counsel of record) will have information about the claims asserted in this action.

4. Specialty Pet Supplies located at 1449 W Ann Arbor Road, Plymouth, MI 48170. Telephone number 734-453-6930. Specialty Pet Supplies has knowledge related to Plaintiff's purchases of Champion dog food.

5. The named Defendants.

6. Certain officers, directors, and/or employees of the corporate Defendants whose identifies are primarily within the knowledge of Defendants or third parties.

7. Defendants' person[s] most knowledgeable regarding the following during the relevant time periods:

a) Defendants' marketing, advertising, or labeling of the products that are the subject of this lawsuit;

b) The ingredients contained in the products that are the subject of this lawsuit;

c) Defendants' ingredient testing of the products that are the subject of this lawsuit; and

d) Defendants' testing of the products that are the subject of this lawsuit in regards to the impact of the labeling and marketing on consumer purchasing.

8. All individuals who have been deposed in this action.

9. Other individuals or entities whose identities are primarily within the knowledge of Defendants or third parties.

10. Eurofins Scientific, Inc. a/k/a Eurofins Nutrition Analysis Center ("Eurofins Scientific"), c/o Cogency Global Inc., 400 Locust Street, Suite 400, Des

Moines, Iowa 50309. Telephone number (866) 621-3524. Eurofins Scientific has knowledge related to testing of Defendants' products.

11. MOPAC Rendering located at 741 Souder Road, Elroy, Pennsylvania 18964. Telephone number (970) 346-4611. As a supplier, MOPAC Rendering has knowledge related to Defendants' products and raw material and supplier-vendor requirements and expectations.

12. Northern Pelagic Group, LLC located at 4 Fish Island, New Bedford, MA 02740. Telephone number 508-979-1171. As a supplier, Northern Pelagic Group, LLC has knowledge related to Defendants' products and raw materials and supplier-vendor requirements and expectations.

13. BHJ USA, LLC located at 2510 Edward Babe Gomez Avenue, Omaha, Nebraska 68107. Telephone number 402-734-8030. As a supplier, BHJ USA, LLC has knowledge related to Defendants' products and raw materials and supplier-vendor requirements and expectations.

**B. Documents**

Pursuant to Rule 26(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff represents that most of the documents, electronically stored information, and tangible things that may be used in support of her claims are uniquely within the knowledge, possession, custody, and/or control of Defendants. To the extent Plaintiff has documents in his possession, custody, or control that support her claims

in this litigation, including but not limited to proofs of purchase related to his purchases of Champion dog food, Plaintiff will produce documents.

### C. Damages

At this initial stage in the proceedings, Plaintiff seeks the following categories of damages on behalf of himself and the members of the Class: (i) actual damages and statutory damages, including those available under Michigan's Consumer Protection Act ("CPA"), section 445.911 and other relevant state statutes; (ii) injunctive and declaratory relief, including those provided under section 445.911 of the CPA and other relevant state statutes; (iii) restitution, disgorgement, and/or constructive trust on all of the inequitable payments and profits Defendants retained; (iv) attorneys' fees and costs.

Because computation of the damages claimed is subject to discovery, factual investigation and expert analysis that has yet to be completed, Plaintiff is not able to provide a computation of the categories of damages claimed at this time. This is subject to revision.

### D. Insurance

This initial disclosure requirement is inapplicable to Plaintiff.

### E. Non-Waiver of Privileges or Protections

Plaintiff states that these disclosures are made solely for the purposes of this action and are made to the best of his present knowledge, information, and belief, at

this early stage of litigation and discovery. Each disclosure and/or production is subject to all objections as to confidentiality, competence, relevancy, materiality, hearsay, propriety, and admissibility, and any and all other objections and grounds that would require the exclusion of any statement or document, if such statements were made by, or presented by, or through, a witness present and/or testifying in court, or in any other manner, all of which objections and grounds are reserved and may be interposed during the course of discovery and/or at the time of trial. Such objections specifically retained include attorney work-product doctrine, attorney client privileged communication, and privacy. The disclosures herein do not, and shall not, be considered as a waiver of any privilege or protection provided by law, including the litigation privilege, the attorney-client privilege, the work-product doctrine, information falling within privacy grounds, or any other privilege. Plaintiff reserves the right to use in this action any documents, witnesses, or information that may be developed, discovered, identified, or obtained subsequent to these Initial Disclosures. By the disclosures set forth herein, Plaintiff is not making any incidental or implied admissions concerning the disclosure of any person or document, or group of documents, set forth herewith. The fact that Plaintiff has provided information and/or identified any witnesses or documents is not an admission that any said information, testimony, or documents constitute admissible evidence. Plaintiff has made a good faith effort to identify categories of documents

which may be relevant to this action, but any documents identified do not include, and should not be deemed to include, all documents which may be related to matters at issue in this action. Efforts to identify relevant documents to be disclosed are continuing. Plaintiff does not interpret the initial disclosure rule to require them to produce public documents which are equally available to Defendants or were generated or received by Defendants or their agents, and any production of such documents is not a waiver of this position.

Dated: March 31, 2020

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
ROBERT K. SHELQUIST
REBECCA A. PETERSON (241858)

*/s Rebecca Peterson*
REBECCA A. PETERSON

100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
rapeterson@locklaw.com

THE MILLER LAW FIRM, P.C.
E. POWELL MILLER (P39487)
SHARON S. ALMONRODE (P33938)
DENNIS A. LIENHARDT (P81118)
WILLIAM KALAS (P82113)
950 W. University Dr., Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com

wk@millerlawpc.com

ROBBINS LLP
KEVIN A. SEELY (199982)
STEVEN M. MCKANY (271405)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: kseely@robbinsllp.com
smckany@robbinsllp.com

GUSTAFSON GLUEK, PLLC
DANIEL E. GUSTAFSON
KARLA M. GLUEK
RAINA C. BORRELLI
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
rborrelli@gustafsongluek.com

CUNEO GILBERT & LADUCA, LLP
CHARLES LADUCA
KATHERINE VAN DYCK
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016
Telephone: 202-789-3960
Facsimile: 202-789-1813
E-mail: kvandyck@cuneolaw.com
charles@cuneolaw.com

LITE DEPALMA GREENBERG, LLC
JOSEPH DEPALMA
SUSANA CRUZ HODGE
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
scruzhodge@litedepalma.com

WEXLER WALLACE LLP
KENNETH A. WEXLER
MICHELLE PERKOVIC
55 West Monroe, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
E-mail: kaw@wexlerwallance.com
mp@wexlerwallace.com

***Attorneys for Plaintiff***

**DECLARATION OF SERVICE BY E-MAIL**

I, the undersigned, declare:

That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of Hennepin, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 100 Washington Avenue South, Suite 2200, Minneapolis, Minnesota 55401.

That on March 31, 2020, declarant served by E-Mail a true and correct copy thereof of the following document:

**PLAINTIFF RAMY SHAKER'S INITIAL DISCLOSURES**

**[FRCP 26(a)(1)]**

to the parties listed on the Service List.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Executed this March 31, 2020, at Minneapolis, Minnesota.

*/s/ Kelly J. LeRoy*
Kelly J. LeRoy

**SERVICE LIST**

Rick L. Shackelford
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
shackelfordr@gtlaw.com

David Coulson
GREENBERG TRAURIG, LLP
333 SE 2nd Avenue, Suite 4400
Miami, FL 33131
coulsond@gtlaw.com