# EXHIBIT G

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)**

| | |
|---|---|
| RAMY SHAKER, TRACY KNIERIM, LISA BARTA, and CHERYL WELLNITZ,<br><br>Plaintiffs,<br>v.<br><br>CHAMPION PETFOODS USA INC. and CHAMPION PETFOODS LP,<br><br>Defendants. | Case No. 2:18-cv-13603-LJM-DRG<br><br>Honorable Laurie J. Michelson |

**DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendants, Champion Petfoods USA Inc. and Champion Petfoods LP ("Champion") hereby disclose that they may rely on the witnesses and documents listed below in support of their defenses in this proceeding. The discovery process is just starting and ongoing, and Defendants have not completed their investigation of the facts relating to this case, nor have they begun their preparation for trial.[1] Defendants reserve the right to amend, supplement, and/or correct all or any part of these initial disclosures, and to produce additional information during the discovery process or as it becomes known or circumstances warrant.

[1] Defendants' disclosure of any information or documents shall not be deemed a concession or admission that such information or documents or their contents or related information are relevant or admissible. Defendants reserve the right to: i) challenge any documents or information submitted by them, or by Plaintiffs Ramy Shaker, Tracy Knierim, Lisa Barta, or Cheryl Wellnitz (collectively, "Plaintiffs"), on grounds of, among other objections, competency, relevance, materiality, or admissibility; and ii) conduct further discovery into the subject matter of any information or documents disclosed by Defendants or Plaintiffs, and do not waive any objection that may otherwise be made to such documents or information.

**A. The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information —that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:**

Subject to the reservations above, and without limiting Defendants' right to question and/or call any individuals listed to testify regarding any other subject(s) and in rebuttal to evidence presented by any of the parties, Defendants disclose the following individuals (any witnesses affiliated with Champion may only be contacted through counsel):

1. Keith Arnold
   Manager, Operations (DogStar)
   Champion Petfoods
   12871 Bowling Green Road
   Auburn, Kentucky 42206
   Telephone No. – 403-236-3008

   Mr. Arnold is expected to testify about the process of making Champion's pet food, including quality and safety.

2. Sarah Brown-Terry
   Manager, Feasibility, Proof of Concept
   Champion Petfoods
   11403 186 Street NW
   Edmonton AB T5S 2W6
   Canada
   Telephone No. – 877-939-0006

   Ms. Brown-Terry is expected to testify as to topics discussed in the White Paper.

3. Jonathan Ellison
   Manager, Operations (NorthStar)
   Champion Petfoods
   11403 186 Street NW
   Edmonton AB T5S 2W6
   Canada
   Telephone No. – 877-939-0006

   Mr. Ellison is expected to testify about the process of making Champion's pet food, including quality and safety.

4. Amanda Flowers
   Manager, Quantity Assurance (DogStar)
   Champion Petfoods
   12871 Bowling Green Road
   Auburn, Kentucky 42206

Telephone No. – 403-236-3008

Ms. Flowers is expected to testify as to the quality assurance measures Champion undertakes relating to DogStar Kitchen.

5. Bonnie Gerow
Supervisor, Customer Care
Champion Petfoods
11403 186 Street NW
Edmonton AB T5S 2W6
Canada
Telephone No. – 877-939-0006

Ms. Gerow is expected to testify about Champion's interactions with Pet Lovers.

6. Gayan Hettiarachchi
Director of Food Safety
Champion Petfoods
11403 186 Street NW
Edmonton AB T5S 2W6
Canada
Telephone No. – 877-939-0006

Mr. Hettiarachchi is expected to testify as to the safety of Champion's pet food, including as to topics discussed in the White Paper.

7. Chris Milam
Director of Ingredient Innovation and Supplier Partnerships
Champion Petfoods
12871 Bowling Green Road
Auburn, Kentucky 42206
Telephone No. – 403-236-3008

Mr. Milam is expected to testify as to the suppliers of the ingredients used in Champion's pet food, including JBS MOPAC.

8. Peter Muhlenfeld
Former Executive Vice President of Marketing and Chief Brand Officer (Retired but serving as a consultant)
c/o Champion Petfoods
11403 186 Street NW
Edmonton AB T5S 2W6
Canada
Telephone No. – 877-939-0006

Mr. Muhlenfeld is expected to testify about Champion's approach to making safe, healthy and nutritional pet food and its marketing efforts in that regard.

9. Chinedu Ogbonna
Manager, Regulatory Affairs
Champion Petfoods
11403 186 Street NW
Edmonton AB T5S 2W6
Canada
Telephone No. – 877-939-0006

Mr. Ogbonna is expected to testify concerning Champion's packaging labels and regulatory approvals.

10. Rick Raposo
Director, Supply Chain Operations
Champion Petfoods
11403 186 Street NW
Edmonton AB T5S 2W6
Canada
Telephone No. – 877-939-0006

Mr. Raposo is expected to testify concerning the suppliers of ingredients used by Champion.

11. Debbie Riccardi
Manager, Quality Assurance (NorthStar)
Champion Petfoods
11403 186 Street NW
Edmonton AB T5S 2W6
Canada
Telephone No. – 877-939-0006

Ms. Riccardi is expected to testify concerning quality assurance measures Champion Undertakes regarding the NorthStar Kitchen.

12. Christine Pendlebury (Caswell)
Animal Health and Nutrition Manger
Champion Petfoods
11403 186 Street NW
Edmonton AB T5S 2W6
Canada
Telephone No. – 877-939-0006

Ms. Pendlebury is expected to testify concerning the presence of heavy metals in Champion's pet food in the context of their affect, if any, on the nutritional value of Champion's pet food and generally as to the nutritional value of Champion's pet food.

13. Jim Wagner
    Vice President, Quality Assurance & Regulatory
    Champion Petfoods
    12871 Bowling Green Road
    Auburn, Kentucky 42206
    Telephone No. – 403-236-3008

    Mr. Wagner is expected to testify as to the quality assurance measures with regards to pentobarbital.

14. Ramy Shaker, Plaintiff

    Ms. Shaker presumably has knowledge regarding some of the allegations in the Second Amended Complaint.

15. Tracy Knierim, Plaintiff

    Ms. Knierim presumably has knowledge regarding some of the allegations in the Second Amended Complaint.

16. Lisa Barta, Plaintiff

    Ms. Barta presumably has knowledge regarding some of the allegations in the Second Amended Complaint.

17. Cheryl Wellnitz, Plaintiff

    Ms. Wellnitz presumably has knowledge regarding some of the allegations in the Second Amended Complaint.

18. While the above-listed individuals are most knowledgeable concerning Champion's business operations and the issues related to Plaintiffs' allegations in this, there may be other employees or individuals who also are familiar with these issues, and who therefore may ultimately be the source of information supporting Champion's claims and defenses in this case.

19. Any and all witnesses identified by any other party in an initial or supplemental disclosure or identified through the course of discovery.

20. Any and all witnesses identified in any Answer to any Interrogatory or any Request for Admission.

21. Any and all witnesses identified in any document produced in response to any Request for Production.

**B. A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Defendants hereby disclose the following categories of documents in support of their defenses:

1. The language on the packaging of ORIJEN and ACANA pet foods and Champion's websites and social media communications.

2. Champion's White Paper and documents cited therein and documents related to the Clean Label Project.

3. Documents related to regulatory approvals as to statements on the packaging used for Champion's pet food.

4. Champion's and/or third party's test results related to heavy metals and pentobarbital.

5. Champion's Quality Assurance and nutritional testing results.

6. Documents adequate to reflect the background, quality and safety of Champion's ORIJEN and ACANA pet foods.

7. Documents related to the Clean Label Project.

8. Communications regarding pentobarbital and JBS/MOPAC.

9. Any and all documents identified by Plaintiffs in their Initial Disclosures.

10. Any and all documents identified by any party in any Answer to any Interrogatory or any Request for Admission.

11. Any and all documents produced by any party in response to any Request for Production.

12. Any and all documents used by any party at any deposition taken in this case.

**C. A computation of each category of damages claimed by the disclosing party, who must also make available for inspection and copying as under Rule 34 the documents**

**or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and**

Not applicable.

**D. For inspection and copying as under Rule 34 any insurance agreement under which an insurance business may be liable to satisfy part or all of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable.

Dated: April 3, 2020

Respectfully Submitted,

*/s/ John J. O'Shea*
LAW OFFICES OF JOHN J. O'SHEA, P.L.C.
JOHN J. O'SHEA (P52009)
18000 Mack Avenue
Grosse Pointe, MI 48230
Tel: (313) 884-2265
E-mail: oshealaw@att.net

GREENBERG TRAURIG, P.A.
DAVID A. COULSON
(Admitted *pro hac vice*)
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Tel.: (305) 579-0754
Fax: (305) 579-0500
Email: coulsond@gtlaw.com

***Attorneys for Defendants, Champion Petfoods USA Inc. and Champion Petfoods LP***

**DECLARATION OF SERVICE BY E-MAIL**

I, the undersigned, declare:

That declaration, is and was at all times herein mentioned, a citizen of the United States and a resident of the County of Miami-Dade, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 333 SE 2nd Ave, Suite 4400, Miami, Florida 33131.

That on April 3, 2020, declarant served by Registered E-Mail a true and correct copy thereof of the following document:

DEFENDANTS CHAMPION PETFOODS USA INC.'S AND CHAMPION PETFOODS LP'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)

to the parties listed on the below Service List.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Executed this 3rd day of April, 2020, at Miami, Florida.

*s/ Lillian Orizondo*
LILLIAN ORIZONDO

**SERVICE LIST**

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
REBECCA A. PETERSON (*pro hac vice*)
ROBERT K. SHELQUIST (*pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rapeterson@locklaw.com
rkshelquist@locklaw.com

**THE MILLER LAW FIRM, P.C.**
E. POWELL MILLER (P39487)
SHARON S. ALMONRODE (P33938)
DENNIS A. LEINHARDT
EMILY E. HUGHES
WILLIAM KALAS
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
eeh@millerlawpc.com
wk@millerlawpc.com

**GUSTAFSON GLUEK, PLLC**
DANIEL E. GUSTAFSON, #202241
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com