UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RAMY SHAKER, TRACY KNIERIM, LISA BARTA, and CHERYL WELLNITZ, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION PETFOODS USA, INC. and CHAMPION PETFOODS LP,<br><br>Defendants. | Case No. 2:18-cv-13603-LJM-DRG<br><br>Honorable Laurie J. Michelson |

### STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY AND CLASS CERTIFICATION DEADLINES

Plaintiffs Ramy Shaker, Tracy Knierim, Lisa Barta, and Cheryl Wellnitz (collectively, "Plaintiffs") and Defendants Champion Petfoods USA Inc. and Champion Petfoods LP (collectively, "Champion," and together, with Plaintiffs, the "Parties"), by and through their counsel of record, respectfully submit this Stipulation and Order to Extend Expert Discovery and Class Certification Deadlines by thirty days. In support of this stipulation, the Parties state as follows:

1. The Parties have made initial attempts at mediation on August 26, 2020 in front of Judge Matz in the Northern District of New York but were unsuccessful.

2. The Parties have subsequently scheduled another mediation in front of Judge Matz in the Northern District of New York for January 4, 2021.

1

3. Given their concerted effort to mediate these cases, the Parties request that the Court extend all expert disclosure and class certification deadlines by thirty days as set forth below:

The Court's Case Management Requirements and Scheduling Order [Docket 33] sets forth the following dates:

| EVENT | DEADLINE |
|---|---|
| Affirmative Expert Reports | January 25, 2021 |
| Rebuttal Expert Reports | February 25, 2021 |
| Expert Discovery Cutoff | March 31, 2021 |
| Challenges to Experts | April 30, 2021 |
| Class Certification Motion | April 30, 2021 |

The Parties stipulate to a thirty (30) day extension on the above-referenced dates as set forth below:

| EVENT | DEADLINE |
|---|---|
| Affirmative Expert Reports | February 25, 2021 |
| Rebuttal Expert Reports | March 25, 2021 |
| Expert Discovery Cutoff | April 30, 2021 |
| Challenges to Experts | May 27, 2021 |
| Class Certification Motion | May 27, 2021 |

IT IS SO ORDERED

Dated: December 28, 2020

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

STIPULATED BY:

Dated: December 24, 2020          THE MILLER LAW FIRM, P.C.

*/s/ E. Powell Miller*
E. POWELL MILLER (P39487)
SHARON S. ALMONRODE (P33938)
DENNIS A. LIENHARDT (P81118)
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
E-mail: epm@millerlawpc.com
           ssa@millerlawpc.com
           dal@millerlawpc.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
ROBERT K. SHELQUIST
REBECCA A. PETERSON (241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
  rapeterson@locklaw.com

ROBBINS LLP
KEVIN A. SEELY (199982)
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: kseely@robbinsllp.com

GUSTAFSON GLUEK, PLLC
DANIEL E. GUSTAFSON
KARLA M. GLUEK
RAINA C. BORRELLI
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
      kgluek@gustafsongluek.com
      rborrelli@gustafsongluek.com

CUNEO GILBERT & LADUCA, LLP
CHARLES LADUCA
KATHERINE VAN DYCK
4725 Wisconsin Avenue NW, Suite 200
Washington, D.C. 20016
Telephone: 202-789-3960
Facsimile: 202-789-1813
E-mail: charles@cuneolaw.com
      kvandyck@cuneolaw.com

LITE DEPALMA GREENBERG, LLC
JOSEPH DEPALMA
SUSANA CRUZ HODGE
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone:  (973) 623-3000
E-mail: jdepalma@litedepalma.com
      scruzhodge@litedepalma.com

                            WEXLER WALLACE LLP
                            KENNETH A. WEXLER
                            MICHELLE PERKOVIC
                            55 West Monroe, Suite 3300
                            Chicago, IL 60603
                            Telephone: (312) 346-2222
                            Facsimile: (312) 346-0022
                            E-mail: kaw@wexlerwallance.com
                                        mp@wexlerwallace.com

*Attorneys for Plaintiffs*

Dated: December 24, 2020

                            GREENBERG TRAURIG, P.A.

                            By: <u>*David A. Coulson (w/consent)*</u>
                            DAVID A. COULSON (*pro hac vice*)
                            333 S.E. 2nd Avenue, Suite 4400
                            Miami, FL 33131
                            Telephone: (305) 579-0754
                            E-mail: coulsond@gtlaw.com

                            LAW OFFICES OF JOHN J. O'SHEA
                            JOHN J. O'SHEA
                            18000 Mack Avenue
                            Grosse Pointe, MI 48230
                            Telephone: (313) 884-2265
                            E-mail: oshealaw@att.net

*Attorneys for Defendants, Champion Petfoods USA,*
*Inc. and Champion Petfoods LP*