UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RAMY SHAKER, TRACY KNIERIM, LISA BARTA, and CHERYL WELLNITZ, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION PETFOODS USA INC. and CHAMPION PETFOODS LP,<br><br>Defendants. | Case No. 18-13603<br>Honorable Laurie J. Michelson |

## JUDGMENT

In accordance with the opinion and order entered today, it is hereby ORDERED and ADJUDGED that this case is DISMISSED.

Dated this 1st day of September 2022 in Detroit, Michigan.

> KINIKIA ESSIX
> CLERK OF THE COURT
>
> By:   s/Erica Parkin
>          DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: September 1, 2022